**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MGA INSURANCE COMPANY, INC.,**

        **Plaintiff,**

-vs-                                            Case No. 6:10-cv-1340-Orl-31DAB

**ALPINE INSURANCE AGENCY, INC. and**
**ROBIN WENGERT,**

        **Defendants.**

_____

# ORDER

This matter was abated on October 12, 2010, pending resolution of an appeal in state court. (Doc. 9). That appeal having concluded, the parties have informed the Court that they wish to resume this litigation. (Doc. 15, 16). Accordingly, it is hereby

**ORDERED** that this matter is **REINSTATED** for all purposes. Pursuant to the Related Case Order and Track Two Notice (Doc. 2), counsel and any unrepresented party shall meet on or before April 1, 2001 for the purpose of preparing and filing a Case Management Report.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 4, 2011.

                                                        GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party